MELANIE KELLEY, Individually and as Administrator of the Estate of ALEX DUSTIN SMITH, Deceased, et al., Appellants, v RICHARD SCHNECK, Doing Business as SCHNECK SERVICE & INSTALLATION AND/OR SCHNECK APPLIANCE SERVICE, Respondent.

Submitted June 24, 2013; decided September 17, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

MADISON REALTY CAPITAL, L.P., Respondent, v BROKEN ANGEL, LLC, et al., Defendants, and ARTHUR N. WOOD, Appellant.

ARTHUR N. WOOD, Appellant, v MADISON REALTY CAPITAL, L.P., Respondent.

Submitted June 24, 2013; decided September 17, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the actions within the meaning of the Constitution.

ALEKSANDR PALATKEVICH, Respondent, v STANACARD, LLC, Appellant.

Decided September 17, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Judge ABDUS-SALAAM taking no part.